■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SMITH, Also Known as DAWUD HASAN, Appellant.—Judgment, Supreme Court, New York County, rendered on March 30, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Lupiano, Markewich, Yesawich and Sullivan, JJ.

■ In the Matter of FLORA B. ZALUSKIN, Appellant, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 15, 1977, unanimously affirmed on the opinion of Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Markewich, Yesawich and Sullivan, JJ.